147 A.3d 453

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JUAN J. ROJAS, JR., DEFENDANT-PETITIONER.


July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-006261-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.